OLIVIA RAVEN BLACKWELL
P.O. BOX 984
MAGEE, MS 39111

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ALFA INSURANCE
PO BOX 11000
MONTGOMERY, AL 36191-0001

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

CHIME
ATTN: BANKRUPTCY
101 CALIFORNIA ST
STE 500
SAN FRANCISCO, CA 94111

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

DISH NETWORK
PO BOX 105169
ATLANTA, GA 30348-5169

FORREST GENERAL
6051 US 49
HATTIESBURG, MS 39401

GREAT LAKES HIGHER EDU
2401 INTERNATIONAL LN
MADISON, WI 53704

HENLEY, LOTTERHOS & HE
PO BOX 389
JACKSON, MS 39205-0389

INSTANT CASH INC
122 MAIN AVE S
MAGEE, MS 39111

KIA MOTORS FINANCE
ATTN: BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY, CA 92728

MAGEE GENERAL HOSPITAL
300 3RD AVE
MAGEE, MS 39111

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

NELNET
PO BOX 82561
LINCOLN, NE 68501

SONYA BLACKWELL
PO BOX 984
MAGEE, MS 39111

SPEEDY CASH
1021 MS HWY 39N
MERIDIAN, MS 39301

SUMMIT FINANCE
1667 SIMPSON HWY 49
STE 5
MAGEE, MS 39111

WORLD FINANCE
124 MAIN AVE N
MAGEE, MS 39111